UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURY SMITH,

    Plaintiff,

    v.

LG ELECTRONICS U.S.A., INC., et al.,

    Defendants.

_____/

No. C 13-4361 PJH

**ORDER**

On December 2, 2013, defendants filed a motion to dismiss the complaint, noticed for hearing on February 12, 2014. Pursuant to the Civil Local Rules of this court, the opposition to the motion was due on December 16, 2013, and the reply to the opposition is due on December 23, 2013. See Civ. L.R. 7-3.

In docketing the motion, defendants set an opposition due date of January 10, 2014, and a reply due date of January 24, 2014, in contravention of the local rules. The court is not necessarily opposed to the parties' agreeing to a briefing schedule that is based on a modification of the local rules (so long as they allow at least 14 days between the filing of the reply and the hearing date), but such a modification must be agreed to by all parties and is generally accomplished via a stipulation and order by the court.

Attempting to modify the schedule by means of a docket entry is not acceptable. As it stands now, the opposition is past due. If the parties agree to the modified briefing schedule, they must file a stipulation and proposed order to that effect by December 30, 2013.

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge