**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        apersinger@bursor.com

**THORNTON, DAVIS & FEIN, P.A.**
Barry L. Davis
Aaron P. Davis
80 SW Eighth Street, 29th Floor
Miami, Florida 33130
Telephone: (305) 446-2646
Facsimile: (305) 441-2374
Email: davis@tdflaw.com
       adavis@tdflaw.com

*Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURY SMITH, on behalf of herself and all others similarly situated, | Case No. 13-cv-04361-PJH |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| v. | |
| LG ELECTRONICS U.S.A., INC. and SEARS HOLDINGS CORP., | Hon. Phyllis J. Hamilton |
| Defendants. | |

NOTICE OF DISMISSAL
CASE NO. 13-CV-04361-PJH

1    NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2  Plaintiff Laury Smith voluntarily dismisses the above captioned action with prejudice.  Defendants

3  have not filed an answer or a motion for summary judgment.

4

5  Dated:  April 17, 2014                                    Respectfully submitted,

6                                                            **BURSOR & FISHER, P.A.**

7                                                            By:___*/s/ L. Timothy Fisher*_____

8                                                            L. Timothy Fisher (State Bar No. 191626)
                                                             Annick M. Persinger (State Bar No. 272996)
9                                                            1990 North California Boulevard, Suite 940
                                                             Walnut Creek, CA  94596
10                                                           Telephone: (925) 300-4455
                                                             Facsimile:  (925) 407-2700
11                                                           E-Mail: ltfisher@bursor.com
                                                                     apersinger@bursor.com
12
                                                             **BURSOR & FISHER, P.A.**
13                                                           Scott A. Bursor (State Bar No. 276006)
                                                             888 Seventh Avenue
14                                                           New York, NY  10019
                                                             Telephone: (212) 989-9113
15                                                           Facsimile:  (212) 989-9163
                                                             E-Mail: scott@bursor.com
16
                                                             **THORNTON, DAVIS & FEIN, P.A.**
17                                                           Barry L. Davis
                                                             Aaron P. Davis
18                                                           80 SW Eighth Street, 29th Floor
                                                             Miami, Florida  33130
19                                                           Telephone: (305) 446-2646
                                                             Facsimile: (305) 441-2374
20                                                           Email:   davis@tdflaw.com
                                                             adavis@tdflaw.com
21
                                                             *Co-Lead Interim Class Counsel*
22

23

24

25

26

27

28

NOTICE OF DISMISSAL                                                                                    1
CASE NO. 13-CV-04361-PJH